**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| WELLS FARGO BANK, N.A.<br><br>Plaintiff,<br><br>v.<br><br>DIRECT USA, INC.,<br><br>Defendant. | Case No. 1:10-cv-06978<br><br>Hon. Charles R. Norgle, Sr. |

**THIRD AMENDED COMPLAINT**

NOW COMES Plaintiff, Wells Fargo Bank, N.A. ("Wells Fargo") by its counsel, Ronald L. Sandack and Paul H. Scheuerlein, and for its Third Amended Complaint against the Defendant, Direct USA, Inc., states as follows:

**PARTIES**

1. Wells Fargo is a secured creditor of Agri-Best Holdings, LLC d/b/a Protein Solutions ("Agri-Best" or "Protein"). Agri-Best was a processor and distributor of portion control meat products to national restaurant chains, food distributors, and consumers.

2. On October 5, 2010, Agri-Best filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. The filing of the Chapter 11 Petition commenced a bankruptcy case pending before the Honorable Eugene Wedoff and styled as *In re Agri-Best Holdings, LLC,* No. 10-44595.

3. Thereafter, Agri-Best continued to manage its estate as a debtor in possession in accordance with 11 U.S.C. §§ 1107 and 1108, with substantially all of the rights and powers of a trustee in bankruptcy pursuant to 11 U.S.C. § 1107(a), including the right to bring litigation on behalf of its estate pursuant to 11 U.S.C. §§ 323(a) and 323(b).

4. On November 12, 2010, Wells Fargo filed its Motion for Relief from Automatic Stay in the Agri-Best bankruptcy proceedings. Loans by Wells Fargo to Agri-Best were secured by all of Agri-Best's assets (the "Collateral").

5. On November 17, 2010, an Order was entered by the Bankruptcy Court terminating the automatic stay as to Wells Fargo to enable Wells Fargo to exercise its rights with respect to the Collateral.

6. On November 24, 2010, an Order was entered by Judge Wedoff granting a Motion to Convert the case from Chapter 11 to 7.

7. Wells Fargo informed Direct USA, as well as all the other entities with outstanding debts due and owing Agri-Best, that it was assuming prosecution of all the pending lawsuits.

8. Plaintiff Wells Fargo Bank, N.A. is a national banking association, with its main office as established in its Articles of Association approved by the Office of the Comptroller of Currency as 101 North Phillips Avenue, Sioux Falls, South Dakota 57104.

9. The Defendant, Direct USA, Inc., is a Florida corporation with its principal place of business in St. Petersburg, Pinellas County, Florida, and a former customer of the Plaintiff.

**JURISDICTION AND VENUE**

10. Jurisdiction is proper in the United States District Court pursuant to 28 U.S.C. §1332(a) in that there is complete diversity of citizenship and the amount in controversy is in excess of $75,000.00.

11. Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. §1391(a)(2) in that the contracts between Protein and Defendant, from which this dispute arises, were entered into in Chicago, Illinois.

**COUNT I**

**BREACH OF CONTRACT**

12. Beginning on or around August 24, 2007, Defendant from time-to-time tendered purchase orders for the purchase of certain meat products sold by Protein. Protein tendered and caused to be delivered meat purchases pursuant to Defendant's orders and specifications in accordance with the purchase orders.

13. Defendant agreed to pay Protein pursuant to the purchase orders and resulting invoices prepared by Protein for Defendant's orders in accordance with Protein's pricing for the various products. (*See* Exhibit A).

14. For a period of time, Defendant paid Protein for its purchases but quickly fell behind yet continued to order more products from Protein. Protein, for some period of time, continued to honor Defendant's purchase orders believing that Defendant intended to fully pay Protein for its products.

15. Attached hereto and incorporated herein by this reference is Exhibit A, which is a true and correct statement reflecting all sums owed to Protein from Defendant for products ordered by Defendant and delivered by Protein that remain unpaid. Protein has corresponding invoices for each entry contained in the statement (Ex. A) representing the total indebtedness owed to Protein from Defendant for products tendered by Protein to Defendant. The nature of the goods supplied, the quantities, unit pricing and total sums owed are specified in each invoice.

16. The total amount due by Defendant to Protein for goods tendered and expenses paid by Protein on Defendant's behalf is $1,900,548.20.

17. Despite repeated assurances by Defendant that it would pay Protein the outstanding balance owed to Protein, Defendant failed, neglected or refused to pay the same, leaving an unpaid balance of $1,900,548.20.

18. Defendant's failure and refusal to pay the amount due Protein constitutes a breach of its oral contract with Protein.

19. Pursuant to 815 ILCS 205/2, Protein is entitled to receive interest at the rate of five percent (5%) per annum for all amounts after they became due Protein from Defendant.

WHEREFORE, Plaintiff, Wells Fargo Bank, N.A., respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, Direct USA, Inc., in the amount of $1,900,548.20, plus costs and statutory interest, and grant such other and further relief as the Court deems appropriate.

**COUNT II**

**ACCOUNT STATED**

20. Plaintiff adopts and re-alleges paragraphs 1 through 19 of Count I as and for paragraph 20 of Count II as though fully recited herein.

21. Prior to the filing of this Complaint, Defendant retained Protein's statement of account and all invoices without objection. (Exhibit A).

22. The receipt and retention by Defendant of Protein's statement of account and invoices constitutes recognition by Defendant of the correctness of the statements and invoices and a promise to pay the balance due thereunder. Accordingly, there exists an account stated between Protein and Defendant pursuant to which Defendant owes Protein $1,900,548.20.

WHEREFORE, Plaintiff, Wells Fargo Bank, N.A., respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, Direct USA, Inc., in the amount of $1,900,548.20, plus costs and statutory interest, and grant such other and further relief as the Court deems appropriate.

## COUNT III

## QUANTUM MERUIT

23. Plaintiff adopts and re-alleges paragraphs 1 through 22 of Count I and II as and for paragraph 23 of Count III as though fully recited herein.

24. Protein's tendering of specific products carried the implied promise that Defendant would pay for such goods received to the value of such products.

25. Protein did tender goods to the Defendant which were accepted by Defendant entitling Protein to compensation under the doctrine of *Quantum Meruit* in the amount of $1,900,548.20, equaling the value of such products, plus costs and statutory interest.

WHEREFORE, Plaintiff, Wells Fargo Bank, N.A., respectfully requests that this Honorable Court enter judgment in its favor and against Defendant, Direct USA, Inc., in the amount of $1,900,548.20, plus costs and statutory interest, and grant such other and further relief as the Court deems appropriate.

Respectfully submitted,

WELLS FARGO BANK, N.A.

By: /s/ *Ronald L. Sandack*
One of the Attorneys for Plaintiffs

Ronald L. Sandack (6203280)
Paul H. Scheuerlein (6188425)
Gaido & Fintzen
30 N. LaSalle Street, Suite 3010
Chicago, IL 60602
Telephone: (312) 346-7855

***Counsel for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2011 I caused a copy of the foregoing ***Third Amended Complaint*** to be filed electronically via the Court's electronic filing system. Notice of these filings will be sent to Jordan M. Heinz, jheinz@kirkland.com, by operation of the Court's electronic filing system.

Date: September 6, 2011 /s/ *Ronald L. Sandack*

Ronald L. Sandack (6203280)
Paul H. Scheuerlein (6188425)
Gaido & Fintzen
30 N. LaSalle Street, Suite 3010
Chicago, IL 60602
Telephone: 312-346-7855

# Statement

Statement Date : 2010-09-15

Account number : 0000667

PROTEIN SOLUTIONS

Direct U.S.A.
12061 31 st. Court
Unit A
St. Petersburg FL. 33716

33716

Salesperson : House Sales
Terms : 30 Days
Tax exemption number :

## Transactions

| Document number | Document type | Transaction Date | Reference | Due date | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| 033680 | Invoice | 2010-05-06 | 5235 | 2010-06-05 | 2,385.60 | | -633.10 |
| | | 2010-06-30 | wire | | | -2,385.60 | |
| | | 2010-06-23 | WIRE | | | -633.10 | |
| 034370 | Invoice | 2010-05-27 | 5336 | 2010-06-26 | 9,529.00 | | -7.58 |
| | | 2010-06-03 | 000843 | | | -57.56 | |
| | | 2010-08-04 | wire | | | -9,479.02 | |
| 034839 | Invoice | 2010-06-10 | 5408 | 2010-07-10 | 3,069.64 | | 0.00 |
| | | 2010-08-24 | wire | | | -3,069.64 | |
| 034840 | Invoice | 2010-06-10 | 5401 | 2010-07-10 | 3,130.47 | | 0.00 |
| | | 2010-08-24 | wire | | | -3,130.47 | |
| 034841 | Invoice | 2010-06-10 | 5402 | 2010-07-10 | 3,738.35 | | 0.00 |
| | | 2010-08-24 | wire | | | -3,738.35 | |
| 034929 | Invoice | 2010-06-11 | 5397 | 2010-07-11 | 3,284.40 | | 0.00 |
| | | 2010-08-24 | wire | | | -3,284.40 | |
| 034930 | Invoice | 2010-06-11 | 5416 | 2010-07-11 | 10,038.50 | | 0.00 |
| | | 2010-08-24 | wire | | | -10,038.50 | |
| 034931 | Invoice | 2010-06-11 | 5406 | 2010-07-11 | 11,000.10 | | 0.00 |
| | | 2010-08-24 | wire | | | -11,000.10 | |
| 034932 | Invoice | 2010-06-11 | 5404 | 2010-07-11 | 7,734.70 | | 0.00 |
| | | 2010-08-25 | wire | | | -7,734.70 | |
| 034933 | Invoice | 2010-06-11 | 5403 | 2010-07-11 | 3,437.00 | | 0.00 |
| | | 2010-08-25 | wire | | | -3,437.00 | |
| 034934 | Invoice | 2010-06-11 | 5411 | 2010-07-11 | 2,790.50 | | 0.00 |
| | | 2010-08-25 | wire | | | -2,790.50 | |
| 034935 | Invoice | 2010-06-11 | 5399 | 2010-07-11 | 5,468.90 | | 0.00 |
| | | 2010-08-25 | wire | | | -5,468.90 | |
| 034936 | Invoice | 2010-06-11 | 5396 | 2010-07-11 | 9,216.00 | | 0.00 |
| | | 2010-08-25 | wire | | | -9,216.00 | |
| 034937 | Invoice | 2010-06-11 | 5400 | 2010-07-11 | 4,464.00 | | 0.00 |
| | | 2010-08-26 | wire | | | -4,464.00 | |
| 034938 | Invoice | 2010-06-11 | 5405 | 2010-07-11 | 4,072.00 | | 0.00 |
| | | 2010-08-26 | wire | | | -4,072.00 | |

EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 034939 | Invoice | 2010-06-11 | 5398 | 2010-07-11 | 6,455.00 | | 0.00 |
| | | 2010-08-26 | wire | | | -6,455.00 | |
| 034940 | Invoice | 2010-06-11 | 5410 | 2010-07-11 | 4,126.04 | | 0.00 |
| | | 2010-08-26 | wire | | | -4,126.04 | |
| 034941 | Invoice | 2010-06-11 | 5390 | 2010-07-11 | 19,294.92 | | 0.00 |
| | | 2010-08-27 | wire | | | -19,294.92 | |
| 034942 | Invoice | 2010-06-11 | 5407 | 2010-07-11 | 5,279.40 | | 0.00 |
| | | 2010-08-27 | wire | | | -5,279.40 | |
| 034943 | Invoice | 2010-06-11 | 5391 | 2010-07-11 | 9,652.50 | | 0.00 |
| | | 2010-08-27 | wire | | | -9,652.50 | |
| 034982 | Invoice | 2010-06-14 | 5417 | 2010-07-14 | 5,886.00 | | 0.00 |
| | | 2010-08-30 | wire | | | -5,886.00 | |
| 034983 | Invoice | 2010-06-14 | 5418 | 2010-07-14 | 4,788.15 | | 0.00 |
| | | 2010-08-30 | wire | | | -4,788.15 | |
| 035026 | Invoice | 2010-06-16 | 5432 | 2010-07-16 | 6,428.00 | | 0.00 |
| | | 2010-08-30 | wire | | | -6,428.00 | |
| 035027 | Invoice | 2010-06-16 | 5425 | 2010-07-16 | 2,956.98 | | 0.00 |
| | | 2010-08-30 | wire | | | -2,956.98 | |
| 035028 | Invoice | 2010-06-16 | 5424 | 2010-07-16 | 5,237.10 | | 0.00 |
| | | 2010-08-30 | wire | | | -5,237.10 | |
| 035029 | Invoice | 2010-06-16 | 5423 | 2010-07-16 | 5,492.04 | | 0.00 |
| | | 2010-08-31 | wire | | | -5,492.04 | |
| 035030 | Invoice | 2010-06-16 | 5419 | 2010-07-16 | 6,336.00 | | 0.00 |
| | | 2010-08-31 | wire | | | -6,336.00 | |
| 035063 | Invoice | 2010-06-17 | 5438 | 2010-07-17 | 3,310.50 | | 0.00 |
| | | 2010-08-31 | wire | | | -3,310.50 | |
| 035064 | Invoice | 2010-06-17 | 5420 | 2010-07-17 | 3,312.00 | | 0.00 |
| | | 2010-08-31 | wire | | | -3,312.00 | |
| 035065 | Invoice | 2010-06-17 | 5426 | 2010-07-17 | 26,934.84 | | 25,494.84 |
| | | 2010-06-21 | 000855 | | | -1,440.00 | |
| 035066 | Invoice | 2010-06-17 | 5443 | 2010-07-17 | 4,422.90 | | 0.00 |
| | | 2010-06-17 | 001002 | | | -2,494.90 | |
| | | 2010-06-17 | 001003 | | | -289.20 | |
| | | 2010-06-17 | 001074 | | | -1,638.80 | |
| 035067 | Invoice | 2010-06-17 | 5435 | 2010-07-17 | 3,778.00 | | 0.00 |
| | | 2010-08-31 | wire | | | -3,778.00 | |
| 035088 | Invoice | 2010-06-18 | 5428 | 2010-07-18 | 4,608.00 | | 4,608.00 |
| 035089 | Invoice | 2010-06-18 | 5433 | 2010-07-18 | 2,124.00 | | 2,124.00 |
| 035135 | Invoice | 2010-06-18 | 5429 | 2010-07-18 | 3,756.35 | | 3,756.35 |
| 035136 | Invoice | 2010-06-18 | 5422 | 2010-07-18 | 6,408.00 | | 6,408.00 |
| 035137 | Invoice | 2010-06-18 | 5445 | 2010-07-18 | 3,008.00 | | 3,008.00 |
| 035138 | Invoice | 2010-06-18 | 5427 | 2010-07-18 | 5,680.80 | | 5,680.80 |
| 035139 | Invoice | 2010-06-18 | 5439 | 2010-07-18 | 7,147.00 | | 7,147.00 |
| 035140 | Invoice | 2010-06-18 | 5430 | 2010-07-18 | 2,987.50 | | 2,987.50 |
| 035141 | Invoice | 2010-06-18 | 5440 | 2010-07-18 | 4,155.20 | | 4,155.20 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 035142 | Invoice | 2010-06-18 | 5421 | 2010-07-18 | 3,379.50 | 3,379.50 |
| 035143 | Invoice | 2010-06-18 | 5436 | 2010-07-18 | 8,159.85 | 8,159.85 |
| 035144 | Invoice | 2010-06-18 | 5437 | 2010-07-18 | 8,452.36 | 8,452.36 |
| 035145 | Invoice | 2010-06-18 | 5441 | 2010-07-18 | 13,842.50 | 13,842.50 |
| 035146 | Invoice | 2010-06-18 | 5447 | 2010-07-18 | 2,350.65 | 2,350.65 |
| 035147 | Invoice | 2010-06-18 | 5444 | 2010-07-18 | 2,660.00 | 2,660.00 |
| 035148 | Invoice | 2010-06-18 | 5446 | 2010-07-18 | 5,532.50 | 5,532.50 |
| 035149 | Invoice | 2010-06-18 | 5431 | 2010-07-18 | 2,532.90 | 2,532.90 |
| 035150 | Invoice | 2010-06-18 | 5449 | 2010-07-18 | 3,817.20 | 3,817.20 |
| 035151 | Invoice | 2010-06-18 | 5442 | 2010-07-18 | 6,813.20 | 6,813.20 |
| 035206 | Invoice | 2010-06-21 | 5434 | 2010-07-21 | 2,741.55 | 2,741.55 |
| 035220 | Invoice | 2010-06-22 | 5457 | 2010-07-22 | 5,974.44 | 5,974.44 |
| 035221 | Invoice | 2010-06-22 | 5456 | 2010-07-22 | 2,781.90 | 2,781.90 |
| 035222 | Invoice | 2010-06-22 | 5458 | 2010-07-22 | 5,870.94 | 5,870.94 |
| 035250 | Invoice | 2010-06-23 | 5464 | 2010-07-23 | 3,130.47 | 3,130.47 |
| 035251 | Invoice | 2010-06-23 | 5461 | 2010-07-23 | 3,699.60 | 3,699.60 |
| 035257 | Invoice | 2010-06-24 | 5459 | 2010-07-24 | 37,982.52 | 37,982.52 |
| 035258 | Invoice | 2010-06-24 | 5462 | 2010-07-24 | 3,679.20 | 3,679.20 |
| 035259 | Invoice | 2010-06-24 | 5466 | 2010-07-24 | 7,434.60 | 7,434.60 |
| 035260 | Invoice | 2010-06-24 | 5468 | 2010-07-24 | 2,775.50 | 2,775.50 |
| 035261 | Invoice | 2010-06-24 | 5463 | 2010-07-24 | 3,099.71 | 3,099.71 |
| 035262 | Invoice | 2010-06-24 | 5455 | 2010-07-24 | 6,406.92 | 6,406.92 |
| 035344 | Invoice | 2010-06-25 | 5473 | 2010-07-25 | 2,970.70 | 2,970.70 |
| 035345 | Invoice | 2010-06-25 | 5469 | 2010-07-25 | 4,038.21 | 4,038.21 |
| 035346 | Invoice | 2010-06-25 | 5460 | 2010-07-25 | 4,299.00 | 4,299.00 |
| 035347 | Invoice | 2010-06-25 | 5470 | 2010-07-25 | 3,635.80 | 3,635.80 |
| 035348 | Invoice | 2010-06-25 | 5472 | 2010-07-25 | 3,971.00 | 3,971.00 |
| 035349 | Invoice | 2010-06-25 | 5471 | 2010-07-25 | 2,660.00 | 2,660.00 |
| 035350 | Invoice | 2010-06-25 | 5467 | 2010-07-25 | 6,562.00 | 6,562.00 |
| 035351 | Invoice | 2010-06-25 | 5465 | 2010-07-25 | 10,612.00 | 10,612.00 |
| 035444 | Invoice | 2010-06-29 | 5477 | 2010-07-29 | 5,986.50 | 5,986.50 |
| 035445 | Invoice | 2010-06-29 | 5478 | 2010-07-29 | 2,773.80 | 2,773.80 |
| 035446 | Invoice | 2010-06-29 | 5483 | 2010-07-29 | 5,382.54 | 5,382.54 |
| 035447 | Invoice | 2010-06-29 | 5482 | 2010-07-29 | 5,214.54 | 5,214.54 |
| 035448 | Invoice | 2010-06-29 | 5481 | 2010-07-29 | 5,031.00 | 5,031.00 |
| 035497 | Invoice | 2010-06-30 | 5480 | 2010-07-30 | 2,860.90 | 2,860.90 |
| 035527 | Invoice | 2010-07-01 | 5502 | 2010-07-31 | 3,764.50 | 3,764.50 |
| 035528 | Invoice | 2010-07-01 | 5491 | 2010-07-31 | 3,018.57 | 3,018.57 |
| 035625 | Invoice | 2010-07-02 | 5499 | 2010-08-01 | 2,991.70 | 2,991.70 |
| 035626 | Invoice | 2010-07-02 | 5489 | 2010-08-01 | 2,953.00 | 2,953.00 |
| 035627 | Invoice | 2010-07-02 | 5500 | 2010-08-01 | 2,880.50 | 2,880.50 |
| 035628 | Invoice | 2010-07-02 | 5498 | 2010-08-01 | 4,897.80 | 4,897.80 |
| 035629 | Invoice | 2010-07-02 | 5496 | 2010-08-01 | 2,660.00 | 2,660.00 |
| 035630 | Invoice | 2010-07-02 | 5490 | 2010-08-01 | 1,780.00 | 1,780.00 |
| 035631 | Invoice | 2010-07-02 | 5493 | 2010-08-01 | 8,480.70 | 8,480.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 035632 | Invoice | 2010-07-02 | 5484 | 2010-08-01 | 18,525.42 | 18,525.42 |
| 035633 | Invoice | 2010-07-02 | 5501 | 2010-08-01 | 4,690.30 | 4,690.30 |
| 035634 | Invoice | 2010-07-02 | 5479 | 2010-08-01 | 4,176.00 | 4,176.00 |
| 035635 | Invoice | 2010-07-02 | 5486 | 2010-08-01 | 23,454.00 | 23,454.00 |
| 035636 | Invoice | 2010-07-02 | 5485 | 2010-08-01 | 6,475.50 | 6,475.50 |
| 035637 | Invoice | 2010-07-02 | 5494 | 2010-08-01 | 3,249.50 | 3,249.50 |
| 035638 | Invoice | 2010-07-02 | 5487 | 2010-08-01 | 6,624.00 | 6,624.00 |
| 035639 | Invoice | 2010-07-02 | 5497 | 2010-08-01 | 3,051.90 | 3,051.90 |
| 035640 | Invoice | 2010-07-02 | 5504 | 2010-08-01 | 8,860.14 | 8,860.14 |
| 035641 | Invoice | 2010-07-02 | 5505 | 2010-08-01 | 11,722.68 | 11,722.68 |
| 035642 | Invoice | 2010-07-02 | 5503 | 2010-08-01 | 8,637.92 | 8,637.92 |
| 035643 | Invoice | 2010-07-02 | 5495 | 2010-08-01 | 3,812.30 | 3,812.30 |
| 035644 | Invoice | 2010-07-02 | 5492 | 2010-08-01 | 6,991.00 | 6,991.00 |
| 035645 | Invoice | 2010-07-02 | 5488 | 2010-08-01 | 4,266.00 | 4,266.00 |
| 035696 | Invoice | 2010-07-06 | 5510 | 2010-08-05 | 7,511.10 | 7,511.10 |
| 035697 | Invoice | 2010-07-06 | 5508 | 2010-08-05 | 3,158.00 | 3,158.00 |
| 035698 | Invoice | 2010-07-06 | 5507 | 2010-08-05 | 3,858.00 | 3,858.00 |
| 035771 | Invoice | 2010-07-08 | 5511 | 2010-08-07 | 10,020.42 | 10,020.42 |
| 035772 | Invoice | 2010-07-08 | 5527 | 2010-08-07 | 3,150.50 | 3,150.50 |
| 035773 | Invoice | 2010-07-08 | 5518 | 2010-08-07 | 9,654.75 | 9,654.75 |
| 035774 | Invoice | 2010-07-08 | 5525 | 2010-08-07 | 6,601.10 | 6,601.10 |
| 035775 | Invoice | 2010-07-08 | 5514 | 2010-08-07 | 5,311.85 | 5,311.85 |
| 035803 | Invoice | 2010-07-09 | 5529 | 2010-08-08 | 4,429.62 | 4,429.62 |
| 035804 | Invoice | 2010-07-09 | 5530--<br>p/u Adan | 2010-08-08 | 7,874.82 | 7,874.82 |
| 035805 | Invoice | 2010-07-09 | 5528 | 2010-08-08 | 4,430.50 | 4,430.50 |
| 035806 | Invoice | 2010-07-09 | 5517 | 2010-08-08 | 7,661.08 | 7,661.08 |
| 035807 | Invoice | 2010-07-09 | 5515 | 2010-08-08 | 2,953.00 | 2,953.00 |
| 035808 | Invoice | 2010-07-09 | 5516 | 2010-08-08 | 11,511.00 | 11,511.00 |
| 035809 | Invoice | 2010-07-09 | 5523 | 2010-08-08 | 7,206.00 | 7,206.00 |
| 035810 | Invoice | 2010-07-09 | 5524 | 2010-08-08 | 6,401.90 | 6,401.90 |
| 035863 | Invoice | 2010-07-09 | 5526 | 2010-08-08 | 7,491.00 | 7,491.00 |
| 035864 | Invoice | 2010-07-09 | 5520 | 2010-08-08 | 3,794.00 | 3,794.00 |
| 035888 | Invoice | 2010-07-09 | 5519 | 2010-08-08 | 4,324.00 | 4,324.00 |
| 035926 | Invoice | 2010-07-10 | 5521 | 2010-08-09 | 3,405.60 | 3,405.60 |
| 035930 | Invoice | 2010-07-10 | 5513 | 2010-08-09 | 10,290.42 | 10,290.42 |
| 035949 | Invoice | 2010-07-10 | 5512 | 2010-08-09 | 12,789.00 | 12,789.00 |
| 035976 | Invoice | 2010-07-12 | 5531 | 2010-08-11 | 4,821.54 | 4,821.54 |
| 035977 | Invoice | 2010-07-12 | 5532 | 2010-08-11 | 2,400.50 | 2,400.50 |
| 035978 | Invoice | 2010-07-12 | 5533 | 2010-08-11 | 3,457.00 | 3,457.00 |
| 035986 | Invoice | 2010-07-13 | 5509 | 2010-08-12 | 3,521.73 | 3,521.73 |
| 036016 | Invoice | 2010-07-14 | 5536 | 2010-08-13 | 3,106.50 | 3,106.50 |
| 036017 | Invoice | 2010-07-14 | 5535 | 2010-08-13 | 3,263.00 | 3,263.00 |
| 036018 | Invoice | 2010-07-14 | 5541 | 2010-08-13 | 3,353.88 | 3,353.88 |
| 036030 | Invoice | 2010-07-15 | 5534 | 2010-08-14 | 3,038.19 | 3,038.19 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 036035 | Invoice | 2010-07-15 | 5542 | 2010-08-14 | 3,933.75 | 3,933.75 |
| 036036 | Invoice | 2010-07-15 | 5546 | 2010-08-14 | 3,462.50 | 3,462.50 |
| 036037 | Invoice | 2010-07-15 | 5548 | 2010-08-14 | 3,423.42 | 3,423.42 |
| 036038 | Invoice | 2010-07-15 | 5549 | 2010-08-14 | 3,423.42 | 3,423.42 |
| 036039 | Invoice | 2010-07-15 | 5547 | 2010-08-14 | 6,519.42 | 6,519.42 |
| 036074 | Invoice | 2010-07-16 | 5550 | 2010-08-15 | 2,713.50 | 2,713.50 |
| 036078 | Invoice | 2010-07-16 | 5554 | 2010-08-15 | 3,477.60 | 3,477.60 |
| 036124 | Invoice | 2010-07-16 | 5558 | 2010-08-15 | 5,277.60 | 5,277.60 |
| 036130 | Invoice | 2010-07-16 | 5556 | 2010-08-15 | 5,084.10 | 5,084.10 |
| 036131 | Invoice | 2010-07-16 | 5539 | 2010-08-15 | 4,050.00 | 4,050.00 |
| 036133 | Invoice | 2010-07-16 | 5545 | 2010-08-15 | 7,598.60 | 7,598.60 |
| 036134 | Invoice | 2010-07-16 | 5552 | 2010-08-15 | 5,902.92 | 5,902.92 |
| 036138 | Invoice | 2010-07-16 | 5560 | 2010-08-15 | 4,031.90 | 4,031.90 |
| 036143 | Invoice | 2010-07-16 | 5537 | 2010-08-15 | 4,032.00 | 4,032.00 |
| 036144 | Invoice | 2010-07-16 | 5544 | 2010-08-15 | 4,296.00 | 4,296.00 |
| 036145 | Invoice | 2010-07-16 | 5553 | 2010-08-15 | 11,021.40 | 11,021.40 |
| 036149 | Invoice | 2010-07-16 | 5538 | 2010-08-15 | 7,342.00 | 7,342.00 |
| 036177 | Invoice | 2010-07-16 | 5557 | 2010-08-15 | 2,953.00 | 2,953.00 |
| 036178 | Invoice | 2010-07-16 | 5543 | 2010-08-15 | 4,142.00 | 4,142.00 |
| 036187 | Invoice | 2010-07-16 | 5563 | 2010-08-15 | 1,156.80 | 1,156.80 |
| 036188 | Invoice | 2010-07-16 | 5551 | 2010-08-15 | 56,281.68 | 56,281.68 |
| 036189 | Invoice | 2010-07-16 | 5559 | 2010-08-15 | 3,208.30 | 3,208.30 |
| 036190 | Invoice | 2010-07-16 | 5555 | 2010-08-15 | 6,330.90 | 6,330.90 |
| 036191 | Invoice | 2010-07-16 | 5564 | 2010-08-15 | 2,505.00 | 2,505.00 |
| 036278 | Invoice | 2010-07-21 | 5571 | 2010-08-20 | 4,928.40 | 4,928.40 |
| 036279 | Invoice | 2010-07-21 | 5572 | 2010-08-20 | 2,976.78 | 2,976.78 |
| 036286 | Invoice | 2010-07-21 | 5569 | 2010-08-20 | 3,057.50 | 3,057.50 |
| 036290 | Invoice | 2010-07-21 | 5565 | 2010-08-20 | 18.00 | 18.00 |
| 036291 | Invoice | 2010-07-21 | 5565 | 2010-08-20 | 4,691.70 | 4,691.70 |
| 036304 | Invoice | 2010-07-21 | 5566 | 2010-08-20 | 18.00 | 18.00 |
| 036305 | Invoice | 2010-07-21 | 5566 | 2010-08-20 | 7,661.40 | 7,661.40 |
| 036306 | Invoice | 2010-07-21 | 5567 | 2010-08-20 | 18.00 | 18.00 |
| 036307 | Invoice | 2010-07-21 | 5567 | 2010-08-20 | 8,383.62 | 8,383.62 |
| 036324 | Invoice | 2010-07-22 | 5579 | 2010-08-21 | 3,505.50 | 3,505.50 |
| 036366 | Invoice | 2010-07-16 | 042106 | 2010-08-15 | 184.80 | 184.80 |
| 036373 | Invoice | 2010-07-23 | 5577 | 2010-08-22 | 14,902.92 | 14,902.92 |
| 036377 | Invoice | 2010-07-23 | 5574 | 2010-08-22 | 5,300.50 | 5,300.50 |
| 036378 | Invoice | 2010-07-23 | 5587 | 2010-08-22 | 11,680.20 | 11,680.20 |
| 036386 | Invoice | 2010-07-23 | 5580 | 2010-08-22 | 3,126.50 | 3,126.50 |
| 036407 | Invoice | 2010-07-23 | 5582 | 2010-08-22 | 6,624.00 | 6,624.00 |
| 036426 | Invoice | 2010-07-23 | 5575 | 2010-08-22 | 2,918.00 | 2,918.00 |
| 036437 | Invoice | 2010-07-23 | 5568 | 2010-08-22 | 4,032.00 | 4,032.00 |
| 036447 | Invoice | 2010-07-23 | 5581 | 2010-08-22 | 2,660.00 | 2,660.00 |
| 036450 | Invoice | 2010-07-23 | 5576 | 2010-08-22 | 11,163.60 | 11,163.60 |
| 036451 | Invoice | 2010-07-23 | 5570 | 2010-08-22 | 7,699.00 | 7,699.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 036457 | Invoice | 2010-07-23 | 5578 | 2010-08-22 | 6,970.00 | | 6,970.00 |
| 036483 | Invoice | 2010-07-23 | 5584 | 2010-08-22 | 3,707.06 | | 3,707.06 |
| 036484 | Invoice | 2010-07-23 | 5573 | 2010-08-22 | 2,493.00 | | 2,493.00 |
| 036497 | Invoice | 2010-07-23 | 5585 | 2010-08-22 | 6,401.90 | | 6,401.90 |
| 036530 | Invoice | 2010-07-26 | 5588 | 2010-08-25 | 3,679.20 | | 3,679.20 |
| 036556 | Invoice | 2010-07-27 | 5594 | 2010-08-26 | 9,268.50 | | 9,268.50 |
| 036573 | Invoice | 2010-07-28 | 5595 | 2010-08-27 | 2,707.50 | | 2,707.50 |
| 036576 | Invoice | 2010-07-28 | 5589 | 2010-08-27 | 3,679.20 | | 3,679.20 |
| 036577 | Invoice | 2010-07-28 | 5600 | 2010-08-27 | 3,328.00 | | 3,328.00 |
| 036589 | Invoice | 2010-07-29 | 5590 | 2010-08-28 | 3,123.00 | | 3,123.00 |
| 036602 | Invoice | 2010-07-29 | 5592 | 2010-08-28 | 4,515.30 | | 4,515.30 |
| 036603 | Invoice | 2010-07-29 | 5593 | 2010-08-28 | 2,891.70 | | 2,891.70 |
| 036608 | Invoice | 2010-07-30 | 5607 | 2010-08-29 | 3,117.60 | | 3,117.60 |
| 036615 | Invoice | 2010-07-30 | 5597 | 2010-08-29 | 5,932.14 | | 5,932.14 |
| 036626 | Invoice | 2010-07-30 | 5601 | 2010-08-29 | 3,790.00 | | 3,790.00 |
| 036627 | Invoice | 2010-07-30 | 5598 | 2010-08-29 | 40,230.00 | | 40,230.00 |
| 036677 | Invoice | 2010-07-30 | 5612 | 2010-08-29 | 3,982.80 | | 3,982.80 |
| 036679 | Invoice | 2010-07-30 | 5591 | 2010-08-29 | 3,217.50 | | 3,217.50 |
| 036689 | Invoice | 2010-07-30 | 5611 | 2010-08-29 | 4,142.00 | | 4,142.00 |
| 036692 | Invoice | 2010-07-30 | 5599 | 2010-08-29 | 5,233.40 | | 5,233.40 |
| 036696 | Invoice | 2010-07-30 | 5603 | 2010-08-29 | 6,408.26 | | 6,408.26 |
| 036703 | Invoice | 2010-07-30 | 5617 | 2010-08-29 | 5,818.50 | | 5,818.50 |
| 036705 | Invoice | 2010-07-30 | 5610 | 2010-08-29 | 3,278.40 | | 3,278.40 |
| 036706 | Invoice | 2010-07-30 | 5606 | 2010-08-29 | 8,472.00 | | 8,472.00 |
| 036709 | Invoice | 2010-07-30 | 5596 | 2010-08-29 | 15,572.34 | | 15,572.34 |
| 036710 | Invoice | 2010-07-30 | 5605 | 2010-08-29 | 7,426.20 | | 7,426.20 |
| 036720 | Invoice | 2010-07-30 | 5615 | 2010-08-29 | 3,823.00 | | 3,823.00 |
| 036721 | Invoice | 2010-07-30 | 5608 | 2010-08-29 | 7,328.00 | | 7,328.00 |
| 036723 | Invoice | 2010-07-30 | 5602 | 2010-08-29 | 4,464.00 | | 4,464.00 |
| 036745 | Invoice | 2010-08-02 | 5614 | 2010-09-01 | 6,367.60 | | 6,367.60 |
| 036746 | Invoice | 2010-08-02 | 5604 | 2010-09-01 | 6,891.56 | | 6,891.56 |
| 036764 | Invoice | 2010-08-02 | 5618 | 2010-09-01 | 7,163.10 | | 7,163.10 |
| 036765 | Invoice | 2010-08-02 | 5619 | 2010-09-01 | 3,836.70 | | 3,836.70 |
| 036843 | Invoice | 2010-08-05 | 5635 | 2010-09-04 | 4,129.70 | | 3,946.00 |
| | | 2010-08-05 | 001026 | | | -183.70 | |
| 036844 | Invoice | 2010-08-05 | 5625 | 2010-09-04 | 3,726.45 | | 3,726.45 |
| 036848 | Invoice | 2010-08-05 | 5630 | 2010-09-04 | 3,399.25 | | 3,399.25 |
| 036849 | Invoice | 2010-08-05 | 5645 | 2010-09-04 | 6,600.00 | | 6,600.00 |
| 036850 | Invoice | 2010-08-05 | 5620 | 2010-09-04 | 3,727.50 | | 3,727.50 |
| 036851 | Invoice | 2010-08-05 | 5627 | 2010-09-04 | 3,245.15 | | 3,245.15 |
| 036876 | Invoice | 2010-08-06 | 5638 | 2010-09-05 | 11,902.70 | | 11,902.70 |
| 036888 | Invoice | 2010-08-06 | 5629 | 2010-09-05 | 3,446.60 | | 3,446.60 |
| 036913 | Invoice | 2010-08-06 | 5646 | 2010-09-05 | 5,338.70 | | 5,338.70 |
| 036922 | Invoice | 2010-08-06 | 5621 | 2010-09-05 | 8,767.80 | | 8,767.80 |
| 036930 | Invoice | 2010-08-06 | 5643 | 2010-09-05 | 4,768.20 | | 4,768.20 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 036932 | Invoice | 2010-08-06 | 5637 | 2010-09-05 | 2,383.80 | | 2,383.80 |
| 036933 | Invoice | 2010-08-06 | 5632 | 2010-09-05 | 11,109.90 | | 11,109.90 |
| 036944 | Invoice | 2010-08-06 | 5628 | 2010-09-05 | 9,609.55 | | 9,609.55 |
| 036952 | Invoice | 2010-08-06 | 5644 | 2010-09-05 | 3,516.48 | | 3,516.48 |
| 036953 | Invoice | 2010-08-06 | 5631 | 2010-09-05 | 4,322.90 | | 4,322.90 |
| 036959 | Invoice | 2010-08-09 | 5616 | 2010-09-08 | 9,408.15 | | 0.00 |
| | | 2010-08-09 | 001045 | | | -9,408.15 | |
| 036962 | Invoice | 2010-08-06 | 5636 | 2010-09-05 | 30,750.84 | | 30,750.84 |
| 036963 | Invoice | 2010-08-06 | 5649 | 2010-09-05 | 3,825.36 | | 3,825.36 |
| 036982 | Invoice | 2010-08-06 | 5626 | 2010-09-05 | 4,457.65 | | 4,457.65 |
| 036983 | Invoice | 2010-08-06 | 5633 | 2010-09-05 | 3,257.68 | | 3,257.68 |
| 036987 | Invoice | 2010-08-06 | 5622 | 2010-09-05 | 5,195.67 | | 5,195.67 |
| 036989 | Invoice | 2010-08-06 | 5623 | 2010-09-05 | 4,845.69 | | 4,845.69 |
| 036990 | Invoice | 2010-08-06 | 5624 | 2010-09-05 | 2,288.61 | | 2,288.61 |
| 036992 | Invoice | 2010-08-09 | 5616 | 2010-09-08 | 9,408.15 | | 9,408.15 |
| 037019 | Invoice | 2010-08-09 | 5652 | 2010-09-08 | 3,373.03 | | 3,373.03 |
| 037020 | Invoice | 2010-08-09 | 5651 | 2010-09-08 | 3,258.64 | | 3,258.64 |
| 037022 | Invoice | 2010-08-09 | 5650 | 2010-09-08 | 5,905.00 | | 5,905.00 |
| 037025 | Invoice | 2010-08-09 | 5642 | 2010-09-08 | 3,064.80 | | 3,064.80 |
| 037069 | Invoice | 2010-08-11 | 5655 | 2010-09-10 | 9,451.43 | | 9,451.43 |
| 037073 | Invoice | 2010-08-11 | 5634 | 2010-09-10 | 2,937.10 | | 2,937.10 |
| 037079 | Invoice | 2010-08-11 | 5653 | 2010-09-10 | 5,697.45 | | 5,697.45 |
| 037080 | Invoice | 2010-08-11 | 5654 | 2010-09-10 | 6,739.11 | | 6,739.11 |
| 037149 | Invoice | 2010-08-12 | 5656 | 2010-09-11 | 7,993.08 | | 7,993.08 |
| 037155 | Invoice | 2010-08-12 | 5657 | 2010-09-11 | 5,277.96 | | 5,277.96 |
| 037156 | Invoice | 2010-08-12 | 5663 | 2010-09-11 | 3,639.85 | | 3,639.85 |
| 037157 | Invoice | 2010-08-12 | 5673 | 2010-09-11 | 2,876.21 | | 2,876.21 |
| 037179 | Invoice | 2010-08-13 | 5662 | 2010-09-12 | 9,985.20 | | 9,985.20 |
| 037180 | Invoice | 2010-08-13 | 5674 | 2010-09-12 | 5,437.70 | | 5,437.70 |
| 037194 | Invoice | 2010-08-13 | 5671 | 2010-09-12 | 3,844.00 | | 3,844.00 |
| 037195 | Invoice | 2010-08-13 | 5664 | 2010-09-12 | 17,145.50 | | 17,145.50 |
| 037200 | Invoice | 2010-08-13 | 5670 | 2010-09-12 | 8,712.40 | | 8,712.40 |
| 037216 | Invoice | 2010-08-13 | 5665 | 2010-09-12 | 6,016.65 | | 6,016.65 |
| 037237 | Invoice | 2010-08-13 | 5658 | 2010-09-12 | 3,383.73 | | 3,383.73 |
| 037255 | Invoice | 2010-08-13 | 5669 | 2010-09-12 | 6,530.90 | | 6,530.90 |
| 037263 | Invoice | 2010-08-13 | 5668 | 2010-09-12 | 5,886.00 | | 5,886.00 |
| 037274 | Invoice | 2010-08-13 | 5666 | 2010-09-12 | 12,993.80 | | 12,993.80 |
| 037275 | Invoice | 2010-08-13 | 5661 | 2010-09-12 | 3,769.55 | | 3,769.55 |
| 037297 | Invoice | 2010-08-13 | 5659 | 2010-09-12 | 3,456.72 | | 3,456.72 |
| 037308 | Invoice | 2010-08-13 | 5676 | 2010-09-12 | 6,354.91 | | 6,354.91 |
| 037309 | Invoice | 2010-08-13 | 5679 | 2010-09-12 | 8,027.19 | | 8,027.19 |
| 037327 | Invoice | 2010-08-16 | 5681 | 2010-09-15 | 3,907.30 | | 3,907.30 |
| 037328 | Invoice | 2010-08-16 | 5680 | 2010-09-15 | 4,129.10 | | 4,129.10 |
| 037347 | Invoice | 2010-06-17 | 5443 | 2010-07-17 | 4,133.70 | | 4,133.70 |
| 037386 | Invoice | 2010-08-17 | 5682 | 2010-09-16 | 8,146.76 | | 8,146.76 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 037400 | Invoice | 2010-08-18 | 5683 | 2010-09-17 | 3,875.39 | 3,875.39 |
| 037403 | Invoice | 2010-08-18 | 5689 | 2010-09-17 | 5,593.23 | 5,593.23 |
| 037431 | Invoice | 2010-08-19 | 5707 | 2010-09-18 | 3,369.50 | 3,369.50 |
| 037432 | Invoice | 2010-08-19 | 5703 | 2010-09-18 | 3,578.95 | 3,578.95 |
| 037443 | Invoice | 2010-08-20 | 5699 | 2010-09-19 | 6,076.30 | 6,076.30 |
| 037463 | Invoice | 2010-08-20 | 5698 | 2010-09-19 | 3,711.50 | 3,711.50 |
| 037466 | Invoice | 2010-08-20 | 5709 | 2010-09-19 | 5,886.00 | 5,886.00 |
| 037475 | Invoice | 2010-08-20 | 5701 | 2010-09-19 | 5,226.10 | 5,226.10 |
| 037476 | Invoice | 2010-08-20 | 5697 | 2010-09-19 | 7,870.50 | 7,870.50 |
| 037479 | Invoice | 2010-08-20 | 5692 | 2010-09-19 | 11,660.36 | 11,660.36 |
| 037480 | Invoice | 2010-08-20 | 5706 | 2010-09-19 | 2,695.37 | 2,695.37 |
| 037522 | Invoice | 2010-08-20 | 5688 | 2010-09-19 | 9,260.97 | 9,260.97 |
| 037529 | Invoice | 2010-08-20 | 5687 | 2010-09-19 | 12,787.47 | 12,787.47 |
| 037532 | Invoice | 2010-08-20 | 5705 | 2010-09-19 | 11,484.05 | 11,484.05 |
| 037538 | Invoice | 2010-08-20 | 5710 | 2010-09-19 | 4,294.08 | 4,294.08 |
| 037541 | Invoice | 2010-08-20 | 5695 | 2010-09-19 | 3,572.90 | 3,572.90 |
| 037542 | Invoice | 2010-08-20 | 5704 | 2010-09-19 | 4,426.15 | 4,426.15 |
| 037543 | Invoice | 2010-08-20 | 5690 | 2010-09-19 | 54,143.55 | 54,143.55 |
| 037545 | Invoice | 2010-08-20 | 5684 | 2010-09-19 | 5,915.25 | 5,915.25 |
| 037551 | Invoice | 2010-08-20 | 5696 | 2010-09-19 | 3,700.66 | 3,700.66 |
| 037555 | Invoice | 2010-08-20 | 5685 | 2010-09-19 | 8,033.49 | 8,033.49 |
| 037556 | Invoice | 2010-08-20 | 5686 | 2010-09-19 | 1,748.25 | 1,748.25 |
| 037563 | Invoice | 2010-08-20 | 5693 | 2010-09-19 | 3,571.20 | 3,571.20 |
| 037569 | Invoice | 2010-08-20 | 5691 | 2010-09-19 | 3,371.35 | 3,371.35 |
| 037597 | Invoice | 2010-08-14 | 5660 | 2010-09-13 | 19,997.73 | 19,997.73 |
| 037607 | Invoice | 2010-08-14 | 5678 | 2010-09-13 | 4,101.59 | 4,101.59 |
| 037640 | Invoice | 2010-08-23 | 5694 | 2010-09-22 | 6,905.50 | 6,905.50 |
| 037682 | Invoice | 2010-08-24 | 5714 | 2010-09-23 | 12,270.15 | 12,270.15 |
| 037683 | Invoice | 2010-08-24 | 5712 | 2010-09-23 | 12,688.74 | 12,688.74 |
| 037684 | Invoice | 2010-08-24 | 5713 | 2010-09-23 | 8,608.83 | 8,608.83 |
| 037709 | Invoice | 2010-08-25 | 5715 | 2010-09-24 | 3,494.44 | 3,494.44 |
| 037727 | Invoice | 2010-08-25 | 5716 | 2010-09-24 | 7,317.20 | 7,317.20 |
| 037749 | Invoice | 2010-08-27 | 5733 | 2010-09-26 | 12,643.90 | 12,643.90 |
| 037752 | Invoice | 2010-08-27 | 5721 | 2010-09-26 | 3,507.84 | 3,507.84 |
| 037753 | Invoice | 2010-08-27 | 5745 | 2010-09-26 | 53,467.11 | 53,467.11 |
| 037763 | Invoice | 2010-08-27 | 5742 | 2010-09-26 | 583.20 | 583.20 |
| 037775 | Invoice | 2010-08-27 | 5743 | 2010-09-26 | 5,396.01 | 5,396.01 |
| 037784 | Invoice | 2010-08-27 | 5738 | 2010-09-26 | 5,277.60 | 5,277.60 |
| 037787 | Invoice | 2010-08-27 | 5720 | 2010-09-26 | 3,719.16 | 3,719.16 |
| 037789 | Invoice | 2010-08-27 | 5730 | 2010-09-26 | 6,124.84 | 6,124.84 |
| 037793 | Invoice | 2010-08-27 | 5724 | 2010-09-26 | 4,045.80 | 4,045.80 |
| 037799 | Invoice | 2010-08-27 | 5719 | 2010-09-26 | 7,015.68 | 7,015.68 |
| 037800 | Invoice | 2010-08-27 | 5718 | 2010-09-26 | 3,824.82 | 3,824.82 |
| 037801 | Invoice | 2010-08-27 | 5717 | 2010-09-26 | 3,507.84 | 3,507.84 |
| 037803 | Invoice | 2010-08-27 | 5734 | 2010-09-26 | 3,695.10 | 3,695.10 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 037831 | Invoice | 2010-08-27 | 5726 | 2010-09-26 | 14,026.40 | | 14,026.40 |
| 037832 | Invoice | 2010-08-27 | 5722 | 2010-09-26 | 7,512.00 | | 7,512.00 |
| 037833 | Invoice | 2010-08-27 | 5737 | 2010-09-26 | 3,492.22 | | 3,492.22 |
| 037836 | Invoice | 2010-08-27 | 5725 | 2010-09-26 | 8,347.80 | | 8,347.80 |
| 037837 | Invoice | 2010-08-27 | 5736 | 2010-09-26 | 3,883.32 | | 3,883.32 |
| 037843 | Invoice | 2010-08-27 | 5735 | 2010-09-26 | 7,830.85 | | 7,830.85 |
| 037844 | Invoice | 2010-08-27 | 5728 | 2010-09-26 | 3,754.90 | | 3,754.90 |
| 037850 | Invoice | 2010-08-27 | 5729 | 2010-09-26 | 7,413.24 | | 7,413.24 |
| 037851 | Invoice | 2010-08-27 | 5723 | 2010-09-26 | 3,566.60 | | 3,566.60 |
| 037857 | Invoice | 2010-08-27 | 5732 | 2010-09-26 | 3,325.40 | | 3,325.40 |
| 037875 | Invoice | 2010-08-30 | 5751 | 2010-09-29 | 7,792.15 | | 7,792.15 |
| 037876 | Invoice | 2010-08-30 | 5749 | 2010-09-29 | 4,957.65 | | 4,957.65 |
| 037900 | Invoice | 2010-08-30 | 5739 | 2010-09-29 | 10,036.10 | | 10,036.10 |
| 037901 | Invoice | 2010-08-30 | 5727 | 2010-09-29 | 3,347.10 | | 3,347.10 |
| 037903 | Invoice | 2010-08-30 | 5744 | 2010-09-29 | 2,795.51 | | 2,795.51 |
| 037907 | Invoice | 2010-08-30 | 5741 | 2010-09-29 | 6,567.90 | | 6,567.90 |
| 037980 | Invoice | 2010-09-02 | 5768 | 2010-10-02 | 7,452.00 | | 7,452.00 |
| 037985 | Invoice | 2010-09-02 | 5755 | 2010-10-02 | 3,371.10 | | 0.00 |
| | | 2010-09-02 | 001079 | | | -3,371.10 | |
| 037986 | Invoice | 2010-09-02 | 5766 | 2010-10-02 | 9,546.33 | | 9,546.33 |
| 038098 | Invoice | 2010-09-03 | 5763 | 2010-10-03 | 5,363.55 | | 5,363.55 |

**Totals**

| 90 Days | 60 Days | 30 Days | Current | Total amount due |
|---|---|---|---|---|
| 28,987.86 | 730,096.89 | 662,359.34 | 479,104.11 | 1,900,548.20 |