UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
Eastern Division

Wells Fargo Bank, N.A., et al.
                              Plaintiff,

v.                                                       Case No.: 1:10–cv–06978
                                                        Honorable Charles R. Norgle Sr.

Direct USA, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 4, 2012:

       MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 5/4/2012. Status hearing is continued to 5/25/2012 at 10:00 a.m. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.