Wells Fargo Bank, N.A., et al.
                              Plaintiff,

v.                                        Case No.: 1:10–cv–06978
                                          Honorable Charles R. Norgle Sr.

Direct USA, Inc.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 25, 2012:

    MINUTE entry before Honorable Charles R. Norgle, Sr: Status hearing held on 5/25/2012. Case dismissed with prejudice. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.